11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Spartan Consulting & Safety, LLC          * Original Mandamus Proceeding
and Katrina Mendenhall,

No. 11-13-00272-CV                              * October 3, 2013

                                               * Memorandum Opinion by Willson, J.
                                                 (Panel consists of: Wright, C.J.
                                                 McCall, J., and Willson, J.)

This court has considered relator's petition for writ of mandamus and concludes that the writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted. The writ of mandamus will issue only if the trial court fails to act by October 24, 2013.